■ In the Matter of ALBA RING, Appellant, v JOHN RING, Respondent. [33 NYS3d 749]—Appeal from an order of the Family Court, Queens County (Dennis Lebwohl, J.), dated Febru-

ary 26, 2015. The order, without a hearing, granted the father's motion to dismiss the mother's petition, inter alia, to modify a prior order of custody so as to allow for visitation with the subject child.

Ordered that the appeal is dismissed as academic, without costs or disbursements.

Since the subject child has reached the age of 18, he is no longer subject to the order appealed from, and the appeal from the order must be dismissed as academic (*see Matter of Chana J.A. v Barry S.*, 135 AD3d 743, 743 [2016]; *Matter of Fowler v Rivera*, 134 AD3d 708, 709 [2015]; *Matter of Julian B. v Williams*, 97 AD3d 671, 671 [2012]). Eng, P.J., Roman, LaSalle and Barros, JJ., concur.